UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 24-1182-VBF (KS)                                          Date: April 17, 2024

Title   <u>Onofre Serrano v. R. Bar et al.</u>

Present: The Honorable:   Karen L. Stevenson, Chief U.S. Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: n/a          Attorneys Present for Defendant: n/a

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On February 5, 2024, Plaintiff, a California inmate proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.) The Complaint raises six claims related to Plaintiff's arrest and pretrial proceedings. (*Id.* at 13-25.)

On February 13, 2024, the Clerk's Office issued a Notice to Plaintiff that he had not yet paid the appropriate filing fee of $405.00 ("Notice"). (Dkt. No. 2.) The Notice gave Plaintiff two options: pay the filing fee or, "[i]f you are unable to pay the entire filing fee at this time, you must sign and complete this Court's Request to Proceed without Prepayment of Filing Fees with Declaration in Support (Form CV-60P) in its entirety." (*Id.*) The Clerk's Office attached a copy of Form CV-60P to the Notice for Plaintiff's convenience. (*Id.*) The Notice admonished Plaintiff that "[i]f you do not respond within THIRTY DAYS from the date of this letter, your case may be dismissed." (*Id.*)

More than 60 days have now passed since the Clerk's Office issued the Notice to Plaintiff. To date, Plaintiff has neither paid the filing fee nor submitted the completed CV-60P form with the requisite supporting documentation to proceed without prepayment of filing fees. However, in the interests of justice, the Court will afford Plaintiff one final opportunity to comply with the Clerk's Office Notice.

Accordingly, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than May 17, 2024, why this action should not be dismissed.** To discharge this Order and proceed with his case, Plaintiff must either: (1) pay the filing fee in full; or (2) file the completed CV-

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 24-1182-VBF (KS)                                          Date: April 17, 2024

Title   _Onofre Serrano v. R. Bar et al._

**60P form and the necessary supporting documentation with the Court on or before the May 17, 2024 deadline.**

The Clerk is directed to send Plaintiff another copy of the Central District's form for prisoners to request to proceed without prepayment of filing fees (CV-60P). Plaintiff's failure to timely comply with this Order **WILL** result in a recommendation that this case be dismissed.

**IT IS SO ORDERED.**

:

**Initials of Preparer**   gr