**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ONOFRE TOMMY SERRANO,** <br> Plaintiff, <br> v. <br> **R. BAR, et al.,** <br> Defendants. | No. LA CV 24-01182-VBF (KS) <br><br> **ORDER** <br> **Overruling Plaintiff's Objections;** <br> **Adopting the R&R;** <br> **Dismissing Action with Prejudice** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records herein, the Report and Recommendation of the United States Magistrate Judge ("R&R"), and plaintiff's belatedly filed objections.

     **Petitioner's request for extension of time to file objections [Doc #36] is GRANTED.**

     **Finding no error of law, fact, or logic in the R&R, the Court hereby OVERRULES plaintiff's objections and ADOPTS the R&R.**

     This action is hereby **DISMISSED WITH PREJUDICE.**

     Final judgment consistent with this order and with the R&R shall be entered as a separate document.

     IT IS SO ORDERED.

Date: January 8, 2026

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE