JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ONOFRE TOMMY SERRANO, | ) | No. LA CV 24-01182-VBF-KS |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| R. BAR, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

   Final judgment is hereby entered in favor of all the defendants and against the plaintiff.

   IT IS SO ADJUDGED.

Date:  January 8, 2026

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE